**George E. KERSEY, Plaintiff–Appellant,**

v.

**COMMISSIONER OF PATENTS AND TRADEMARKS, Defendant–Appellee.**

Nos. 2009–1115, 2009–1246.

United States Court of Appeals, Federal Circuit.

April 2, 2009.

Raymond T. Chen, Patent & Trademark Office, Arlington, VA, Alan Burch, U.S. Attorneys Office, Washington, DC, for Defendant–Appellee.

George E. Kersey, Framingham, MA, pro se.

## ORDER

The court, by its order filed April 1, 2009, waived the appeal filing fees for these appeals. Upon consideration thereof,

IT IS ORDERED THAT:

1) The court's March 25, 2009, order dismissing the appeals for failure to pay the fees is vacated, the mandates are recalled, and the appeals are reinstated.

2) Pursuant to the court's March 4, 2009, order, the appellant's brief in the consolidated appeal is due on April 3, 2009.